TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00387-CV

Will Hill, Appellant

v.

Fred Jackson, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY

NO. 232,933, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

PER CURIAM

 Appellant Will Hill and appellee Fred Jackson jointly move this Court to reverse the trial
court judgment rendered November 18, 1996 and to remand the cause to the trial court for further
proceedings. See Tex. R. App. P. 59(a)(1)(A). We grant the motion.

 We reverse the trial court judgment and remand the cause to the trial court for further
proceedings.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Reversed and Remanded on Joint Motion

Filed: August 14, 1997

Do Not Publish